■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER A. CHISHOLM, Appellant. [960 NYS2d 333]—

Appeal from a judgment of the County Court of Broome County (Smith, J.), rendered June 29, 2011, convicting defendant upon his plea of guilty of the crime of assault in the second degree.

In satisfaction of a five-count indictment against him, defendant pleaded guilty to assault in the second degree and admitted that he intentionally caused injury to a toddler he was babysitting by placing the child into scalding hot water. County Court sentenced defendant, as agreed, to a prison term of four years to be followed by three years of postrelease supervision. We disagree with defendant's contention that the sentence was harsh and excessive. Defendant grievously injured a young child and received an agreed-upon sentence that was well within the permissible range. County Court did not abuse its discretion in imposing that sentence, nor do we perceive any extraordinary circumstances that would warrant a reduction thereof (*see People v Esposito*, 53 AD3d 854, 854 [2008]; *People v Holden*, 188 AD2d 757, 761 [1992], *lv denied* 81 NY2d 887 [1993]).

Mercure, J.P., Stein, McCarthy and Garry, JJ., concur. Ordered that the judgment is affirmed.